IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Daniels, Brenda | Case Number: 05 B 31456 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 4/8/08 | Filed: 8/10/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 3, 2008
Confirmed: October 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,600.00 | |
| Secured: | | 371.50 |
| Unsecured: | | 2,537.99 |
| Priority: | | 2,217.71 |
| Administrative: | | 1,694.00 |
| Trustee Fee: | | 378.80 |
| Other Funds: | | 400.00 |
| Totals: | 7,600.00 | 7,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Grochocinski Grochocinski &Lyod | Administrative | 1,694.00 | 1,694.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 371.50 | 371.50 |
| 4. | Internal Revenue Service | Priority | 2,217.71 | 2,217.71 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 17.50 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 21.34 | 49.64 |
| 7. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 8. | Credit Union At University Of Chicago | Unsecured | 111.57 | 259.47 |
| 9. | United States Dept Of Education | Unsecured | 371.28 | 863.48 |
| 10. | Internal Revenue Service | Unsecured | 587.10 | 1,365.40 |
| 11. | Wells Fargo | Unsecured | | No Claim Filed |
| 12. | GE Money Bank | Unsecured | | No Claim Filed |
| 13. | MBNA America | Unsecured | | No Claim Filed |
| 14. | Sanford J Cohan | Unsecured | | No Claim Filed |
| 15. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| | | | $ 5,392.00 | $ 6,821.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 88.00 |
| 5% | 40.00 |
| 4.8% | 67.20 |
| 5.4% | 183.60 |
| | $ 378.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Daniels, Brenda | Case Number:  05 B 31456 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/8/08 | Filed:  8/10/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

